FILED IN
5TH COURT OF APPEALS

2014 APR -7 PM 4: 59

LISA MATZ, CLERK

05-13-706-CV

114351

CAUSE NO. 11-368-W

IN THE INTEREST OF

CHRISTOPHER ANDERSON, ET AL

CHILDREN

IN THE DISTRICT COURT

304TH DISTRICT COURT

DALLAS COUNTY, TEXAS

## ORDER VACATING ORDER DENYING MOTION TO TRANSFER

On this the 13 day of September, 2013, came on to be considered the above entitled and numbered cause and the Court finds that the Court of Appeals, Fifth District Court of Texas at Dallas, has ruled that this Court vacate the Order Denying Motion to Transfer signed on April 26, 2013 in the above-referenced cause, and that this cause be transferred to Van Zandt County, Texas.

IT IS THEREFORE ORDERED that the Order Denying Motion to Transfer signed in this cause on April 26, 2013, be and is hereby VACATED and that this cause be transferred to Van Zandt County, Texas. The District Clerk of the 304th District Court is ORDERED to transfer the proceedings filed herein to the District Clerk of Van Zandt County, Texas.

Signed this 13 day of September, 2013.

JUDGE PRESIDING

SCANNED